## HEAL V. THE STATE.

### *Crime.*

(Decided April 5th, 1906. 40 So. Rep. 571.)

APPEAL from Jackson Circuit Court.

Heard before HON. W. W. HARALSON.

No counsel marked for appellant.

MASSEY WILSON, Attorney General, for State.

Affrmed.

Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

## KANSAS CITY M. & B. R. R. CO. V. SIMMONS.

### *Injury to Stock.*

(Decided April 10th, 1906. 40 So. Rep. 573.)

APPEAL from Lamar Circuit Court.

Heard before HON. S. H. SPROTT.

BANKHEAD & BANKHEAD, and WARD & NESMITH, for appellant.

J. C. MILNER, for appellee.

Affirmed.

Opinion by ANDERSON, J.

WEAKLEY, C. J., and TYSON and SIMPSON, JJ., concur.

## YOUNG V. WOODLIFF-DUNLAP FURN. CO.

### *Assumpsit.*

(Decided April 11th, 1906. 40 So. Rep. 656.)

APPEAL from Jefferson Circuit Court.

Heard before HON. A. A. COLEMAN.

A. O. LANE, for appellant.

DENSON & DENSON, for appellee.

Reversed and remanded.

Opinion by SIMPSON, J.

WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.